IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIGUEL LUCIANO, | : | |
| Plaintiff | : | Civil No. 3:15-cv-1271 |
| | : | |
| v. | : | (Judge Mariani) |
| | : | |
| UNITED STATES, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this 20th day of November, 2015, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion to appoint counsel, (Doc. 4), is **DENIED** without prejudice.

_____
Robert D. Mariani
United States District Judge