IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIGUEL LUCIANO,<br>　　　Plaintiff | Civil No. 3:15-cv-1271 |
| v. | (Judge Mariani) |
| UNITED STATES,<br>　　　Defendant | |

## ORDER

**AND NOW**, this ____ day of December, 2015, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendant's motion to transfer venue is **GRANTED**. (Doc. 22).

2. The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the District of Colorado.

3. The Clerk of Court is directed to **CLOSE** this case.

4. All other pending motions are **DISMISSED** as moot. (Doc. 21).

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge